FILED
DISTRICT OF WYOMING
CHEYENNE

2002 SEP 13  PM 3: 28

CLERK
U.S. DISTRICT COURT

**GARY R. SCOTT**
Hirst & Applegate, P.C.
1720 Carey Avenue, Suite 200
P. O. Box 1083
Cheyenne, WY 82003-1083
(307) 632-0541
FAX: 307-632-4999

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| VISION GAMING & TECHNOLOGY, INC., | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| vs. | } | Civil No. 02 CV ___ D |
| | } | |
| PACE-O-MATIC, INC., MICHAEL R. PACE, and CHRISTOPHER CUMMINGS, | } | |
| | } | |
| Defendants. | } | |

## *ENTRY OF APPEARANCE*

Please enter my appearance as attorney for Plaintiff, Vision Gaming & Technology, Inc., in the above-captioned matter.

Dated: 13 September 2002.

HIRST & APPLEGATE, P.C.

BY: _____
GARY R. SCOTT, #5-1939
OF HIRST & APPLEGATE
Attorneys for Plaintiff
1720 Carey Avenue, Suite 200
P. O. Box 1083
Cheyenne, WY 82003-1083
(307) 632-0541

**HIRST & APPLEGATE**
A Professional Corporation
*Law Offices*
1720 Carey Avenue, Suite 200
P.O. Box 1083
Cheyenne, Wyoming 82003-1083