DISTRICT OF WYOMING
CHEYENNE

2002 SEP 13 PH 3: 28

CLERK
U.S. DISTRICT COURT

**GARY R. SCOTT**
Hirst & Applegate, P.C.
1720 Carey Avenue, Suite 200
P. O. Box 1083
Cheyenne, WY 82003-1083
(307) 632-0541
FAX: 307-632-4999

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

VISION GAMING & TECHNOLOGY, INC.,    }
                                      }
                    Plaintiff,        }
                                      }
          vs.                         }    Civil No. **02CV 166**
                                      }
PACE-O-MATIC, INC., MICHAEL R.        }
PACE, and CHRISTOPHER CUMMINGS,       }
                                      }
                    Defendants.       }

## *NOTICE OF COMPLEXITY OF CIVIL CASE*

Pursuant to U.S.D.C. Local Rule 16.4, the Plaintiff, Vision Gaming & Technology, Inc., hereby notifies the Court and opposing parties that the above named civil case is:

    ✓   NON-COMPLEX          COMPLEX

**HIRST & APPLEGATE**
A Professional Corporation
*Law Offices*
1720 Carey Avenue, Suite 200
P.O. Box 1083
Cheyenne, Wyoming 82003-1083

Dated: 13 September 2002.

VISION GAMING & TECHNOLOGY,
INC., Plaintiff

BY: _____
GARY R. SCOTT, #5-1939
OF HIRST & APPLEGATE, P.C.
Attorneys for Plaintiff
1720 Carey Avenue, Suite 200
P. O. Box 1083
Cheyenne, WY 82003-1083
(307) 632-0541

**HIRST & APPLEGATE**
A Professional Corporation
*Law Offices*
1720 Carey Avenue, Suite 200
P. O. Box 1083
Cheyenne, Wyoming 82003-1083

- 2 -