DISTRICT OF WYOMING
CHEYENNE

2002 SEP 13 PM 3: 28

Clerk
U.S. DISTRICT COURT

**GARY R. SCOTT**
Hirst & Applegate, P.C.
1720 Carey Avenue, Suite 200
P. O. Box 1083
Cheyenne, WY 82003-1083
(307) 632-0541
FAX:  307-632-4999

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| VISION GAMING & TECHNOLOGY, INC., | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| vs. | } | Civil No. 02 CV 166 D |
| | } | |
| PACE-O-MATIC, INC., MICHAEL R. PACE, and CHRISTOPHER CUMMINGS, | } } | |
| | } | |
| Defendants. | } | |

## *PARENT CORPORATION DISCLOSURE*

Plaintiff Vision Gaming & Technology, Inc., hereby submits its Parent Corporation Disclosure.

Vision Gaming & Technology, Inc., is not a publicly traded corporation and no publicly traded corporation holds any interest in it.

**HIRST & APPLEGATE**
A Professional Corporation
*Law Offices*
1720 Carey Avenue, Suite 200
P.O. Box 1083
Cheyenne, Wyoming 82003-1083

Dated: 13 September 2002.

VISION GAMING & TECHNOLOGY,
INC., Plaintiff

BY: _____
GARY R. SCOTT, #5-1939
OF HIRST & APPLEGATE, P.C.
Attorneys for Plaintiff
1720 Carey Avenue, Suite 200
P. O. Box 1083
Cheyenne, WY 82003-1083
(307) 632-0541

**HIRST & APPLEGATE**
A Professional Corporation
*Law Offices*
1720 Carey Avenue, Suite 200
P. O. Box 1083
Cheyenne, Wyoming 82003-1083

- 2 -