DISTRICT OF WYOMING
CHEYENNE

2002 SEP 17 PM 3: 11

CLERK
U.S. DISTRICT COURT

**GARY R. SCOTT**
Hirst & Applegate, P.C.
1720 Carey Avenue, Suite 200
P. O. Box 1083
Cheyenne, WY 82003-1083
(307) 632-0541
FAX: 307-632-4999

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

VISION GAMING & TECHNOLOGY, INC.,   }
                                     }
                    Plaintiff,       }
                                     }
         vs.                         }   Civil No. 02-CV-166D
                                     }
PACE-O-MATIC, INC., MICHAEL R.       }
PACE, and CHRISTOPHER CUMMINGS,      }
                                     }
                    Defendants.      }

## *MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE*

Gary R. Scott of HIRST & APPLEGATE, P.C., counsel for Plaintiff Vision Gaming & Technology, Inc., moves this Court for the admission of Joseph F. McCarthy, III, *pro hac vice,* for the purpose of representing Plaintiff herein and in support thereof, states the following:

1. Gary R. Scott is an attorney licensed to practice law in the State of Wyoming, is admitted in this

**HIRST & APPLEGATE**
A Professional Corporation
*Law Offices*
1720 Carey Avenue, Suite 200
P. O. Box 1083
Cheyenne, Wyoming 82003-1083

5

Court and is a member in good standing of the bar of the State of Wyoming and the United States District Court for the District of Wyoming.

2.   Gary R. Scott or some other attorney of Hirst & Applegate will assist Joseph F. McCarthy, III, in the representation of the Plaintiff herein.

3.   Joseph F. McCarthy, III, is an attorney in the law firm of Katz, Teller, Brant & Hild, 2400 Chemed Center, 255 East Fifth Street, Cincinnati, OH 45202-4787, telephone: 513-721-4532; fax: 513-721-7120.

4.   Joseph F. McCarthy, III, is an attorney licensed to practice law in the state of Ohio, the United States District Court, Southern District of Ohio, the United States Court of Appeals, Sixth Circuit, and the United States Supreme Court and United States Court of Military Appeals and is a member in good standing of the Cincinnati Bar Association.

5.   Gary R. Scott or some other attorney with Hirst & Applegate, P.C. will continue to act as counsel for Plaintiff herein and will be present in Court during all

**HIRST & APPLEGATE**
A Professional Corporation
*Law Offices*
1720 Carey Avenue, Suite 200
P.O. Box 1083
Cheyenne, Wyoming 82003-1083

- 2 -

proceedings in connection with the case, unless excused and will have full authority to act for and on behalf of the client on all matters, including Pretrial Conferences, as well as trial and other hearings.

6. Joseph F. McCarthy, III, understands that upon his admission for purposes of this proceeding, he is deemed thereby to have conferred disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of or in the preparation of such proceeding.

7. Attached hereto is the requisite fee for admission of attorney *pro hac vice*.

Dated: 17 September 2002.

> VISION GAMING & TECHNOLOGY,
> INC., Plaintiff
>
> BY: _____
> GARY R. SCOTT, #5-1939
> OF HIRST & APPLEGATE, P.C.
> Attorneys for Plaintiff
> 1720 Carey Avenue, Suite 200
> P. O. Box 1083
> Cheyenne, WY 82003-1083
> (307) 632-0541

**HIRST & APPLEGATE**
A Professional Corporation
*Law Offices*
1720 Carey Avenue, Suite 200
P.O. Box 1083
Cheyenne, Wyoming 82003-1083

− 3 −