UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

VISION GAMING & TECHNOLOGY, INC.,  }
                                   }
                 Plaintiff,        }
                                   }
        vs.                        }    Civil No. 02-CV-166D
                                   }
PACE-O-MATIC, INC., MICHAEL R.     }
PACE, and CHRISTOPHER CUMMINGS,    }
                                   }
                 Defendants.       }

## *ORDER GRANTING ADMISSION OF ATTORNEY PRO HAC VICE*

**THIS MATTER** having come before the Court upon Plaintiff's Motion for Admission of Attorney Pro Hac Vice, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that Joseph F. McCarthy, III, of the law firm of Katz, Teller, Brant & Hild, 2400 Chemed Center, 255 East Fifth Street, Cincinnati, OH 45202-4787, telephone: 513-721-4532; fax: 513-721-7120, be allowed to practice before this Court in the above-captioned matter.

Dated: 18th September 2002.

WILLIAM C. BEAMAN, United
States Magistrate Judge

6