ORIGINAL

FILED
DISTRICT OF WYOMING
OFFICE

2002 DEC 26  PM 4: 29

CLERK
U.S. DISTRICT COURT

**GARY R. SCOTT**
Hirst & Applegate, P.C.
1720 Carey Avenue, Suite 200
P.O. Box 1083
Cheyenne, WY 82003-1083
T:    (307) 632-0541
FAX:  (307) 632-4999

**MR. JAMES MCCARTHY**
Katz, Teller, Brant & Hild
255 East Fifth Street, Suite 2400
Cincinnati, OH  452020
T:    (513) 977-3406
FAX:  (513) 762-0006

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| VISION GAMING & TECHNOLOGY, INC., | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| vs. | } | Civil No. 02-CV-166J |
| | } | |
| PACE-O-MATIC, INC., MICHAEL R. PACE, and CHRISTOPHER CUMMINGS, | } | |
| | } | |
| Defendants. | } | |

### *STIPULATION FOR DISMISSAL OF PLAINTIFF'S COPYRIGHT INFRINGEMENT CAUSE OF ACTION, WITHOUT PREJUDICE*

Plaintiff, Vision Gaming & Technology, Inc. by and through its attorneys Hirst & Applegate; and Defendants Pace-O-Matic, Inc., Michael R. pace, and Christopher Cummings, by

**HIRST & APPLEGATE**
A Professional Corporation
*Law Offices*
1720 Carey Avenue, Suite 200
P. O. Box 1083
Cheyenne, Wyoming 82003-1083

32

and through its attorneys, Rothgerber, Johnson & Lyons, hereby stipulate and agree that the Plaintiff's claim for copyright infringement contained in Count III of its Complaint may be dismissed without prejudice.

**DATED:** __26__ December 2002.

BY: _____  
ANDREA L. RICHARD  
ROTHGERBER, JOHNSON &  
LYONS LLP  
Attorneys for Defendants  
P.O. Box 808  
Cheyenne, WY 82003-0808  
(307) 638-6262

BY: _____  
GARY R. SCOTT, #5-1939  
OF HIRST & APPLEGATE, P.C.  
Attorneys for Plaintiff  
1720 Carey Avenue, Suite 200  
P.O. Box 1083  
Cheyenne, WY 82003-1083  
(307) 632-0541

- 2 -