DISTRICT OF WYOMING

2002 DEC 27  PM 12: 19

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| VISION GAMING & TECHNOLOGY, INC., | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| vs. | } | Civil No. 02-CV-166J |
| | } | |
| PACE-O-MATIC, INC., MICHAEL R. PACE, and CHRISTOPHER CUMMINGS, | } } | |
| | } | |
| Defendants. | } | |

## ORDER DISMISSING PLAINTIFF'S COPYRIGHT INFRINGEMENT CAUSE OF ACTION WITHOUT PREJUDICE

It having been stipulated by the parties hereto, by and through their respective attorneys, **WHEREFORE;**

**IT IS HEREBY ORDERED THAT** the Plaintiff's copyright infringement claim, as contained in Count III of its Complaint, be and the same hereby is, dismissed without prejudice.

**DATED:** 27 December 2002.

ALAN B. JOHNSON
DISTRICT JUDGE

33