ORIGINAL

FILED
DISTRICT OF WYOMING
AT ...

2003 JAN 13 PM 4: 18

CLERK
U.S. DISTRICT COURT

**GARY R. SCOTT**
Hirst & Applegate, P.C.
1720 Carey Avenue, Suite 200
P. O. Box 1083
Cheyenne, WY 82003-1083
(307) 632-0541
FAX: 307-632-4999

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

VISION GAMING & TECHNOLOGY, INC.,  }
                                   }
              Plaintiff,           }
                                   }
    vs.                            }   Civil No. 02-CV-166D
                                   }
PACE-O-MATIC, INC., MICHAEL R.     }
PACE, and CHRISTOPHER CUMMINGS,    }
                                   }
              Defendants.          }

## *MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE, AND MOTION FOR SUBSTITUTION OF COUNSEL*

Gary R. Scott of HIRST & APPLEGATE, P.C., counsel for Plaintiff Vision Gaming & Technology, Inc., moves this Court for the admission of Patrick Madamba, Jr., *pro hac vice,* for the purpose of representing Plaintiff herein as lead counsel, and moves this Court for an Order substituting Patrick Madamba, Jr. for James F. McCarthy, III as counsel for Plaintiff. In support thereof, it is stated as follows:

**HIRST & APPLEGATE**
A Professional Corporation
*Law Offices*
1720 Carey Avenue, Suite 200
P.O. Box 1083
Cheyenne, Wyoming 82003-1083

36

1.    Gary R. Scott is an attorney licensed to practice law in the State of Wyoming, is admitted in this Court and is a member in good standing of the bar of the State of Wyoming and the United States District Court for the District of Wyoming.

2.    Gary R. Scott or some other attorney of Hirst & Applegate will assist Patrick Madamba, Jr., in the representation of the Plaintiff herein.

3.    Patrick Madamba, Jr., is an attorney in the law firm of Akin Gump Strauss Hauer & Feld, LLP, 2006 Market Street, Suite 2200, Philadelphia, PA 19103-7013, telephone: 215-965-1200; fax: 215-965-1210.

4.    Patrick Madamba, Jr., is an attorney licensed to practice law in the state of New Jersey, the United States District Court for the District of New Jersey, and is a member in good standing of the New Jersey Bar and the New Jersey and Atlantic County Bar Associations.

5.    Gary R. Scott or some other attorney with Hirst & Applegate, P.C. will continue to act as counsel for Plaintiff herein unless he withdraws and said withdrawal is

**HIRST & APPLEGATE**
A Professional Corporation
*Law Offices*
1720 Carey Avenue, Suite 200
P. O. Box 1083
Cheyenne, Wyoming 82003-1083

- 2 -

authorized by this Court, and will be present in Court during all proceedings in connection with the case, unless excused and will have full authority to act for and on behalf of the client on all matters, including Pretrial Conferences, as well as trial and other hearings.

6.    Patrick Madamba, Jr., understands that upon his admission for purposes of this proceeding, he is deemed thereby to have conferred disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of or in the preparation of such proceeding.

7.    The requisite fee for admission of attorney *pro hac vice* is attached to this Motion.

8.    This Court on 13 September 2002 entered its Order Granting Admission of Attorney James F. McCarthy, III, *Pro Hac Vice.* Plaintiff Vision Gaming & Technology, Inc. has authorized the substitution of Patrick Madamba, Jr. for James F. McCarthy, III.

**HIRST & APPLEGATE**
A Professional Corporation
*Law Offices*
1720 Carey Avenue, Suite 200
P. O. Box 1083
Cheyenne, Wyoming 82003-1083

- 3 -

Dated: __13__ January 2003.

VISION GAMING & TECHNOLOGY,
INC., Plaintiff

BY: _____
GARY R. SCOTT, #5-1939
OF HIRST & APPLEGATE, P.C.
Attorneys for Plaintiff
1720 Carey Avenue, Suite 200
P. O. Box 1083
Cheyenne, WY 82003-1083
(307) 632-0541

## CERTIFICATE OF SERVICE

I certify the foregoing *Motion for Admission of Attorney Pro Hac Vice, and Motion for Substitution of Counsel* was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure on __13__ January 2003, and that copies were served as follows:

| | | |
|---|---|---|
| John F. Morrow, Jr. | [ ✓ ] | U.S. MAIL |
| Wombel, Carlyle, Sandridge & Rice | [　] | FED EX |
| One West Fourth Street | [　] | FAX |
| Winston-Salem, NC 27101 | [　] | HAND DELIVERED |
| | | |
| Andrea L. Richard | [ ✓ ] | U.S. MAIL |
| Rothgerber, Johnson & Lyons LLP | [　] | FED EX |
| 2424 Pioneer Ave. | [　] | FAX |
| Cheyenne, WY 82001 | [　] | HAND DELIVERED |
| | | |
| James F. McCarthy, III | [ ✓ ] | U.S. MAIL |
| Katz, Teller, Brant & Hild | [　] | FED EX |
| 2400 Chemed Center, 255 E. Fifth St. | [　] | FAX |
| Cincinnati, OH 45202-4787 | [　] | HAND DELIVERED |

_____
OF HIRST & APPLEGATE, P.C.
Attorneys for Plaintiff

**HIRST & APPLEGATE**
A Professional Corporation
*Law Offices*
1720 Carey Avenue, Suite 200
P. O. Box 1083
Cheyenne, Wyoming 82003-1083

— 4 —