UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

VISION GAMING & TECHNOLOGY, INC.,      }
                                       }
                Plaintiff,             }
                                       }
        vs.                            }      Civil No. 02-CV-166D
                                       }
PACE-O-MATIC, INC., MICHAEL R.         }
PACE, and CHRISTOPHER CUMMINGS,        }
                                       }
                Defendants.            }

## ORDER GRANTING ADMISSION OF ATTORNEY PRO HAC VICE, AND ORDER ALLOWING SUBSTITUTION OF COUNSEL

**THIS MATTER** having come before the Court upon Plaintiff's Motion for Admission of Attorney *Pro Hac Vice*, and Motion for Substitution of Counsel, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that Patrick Madamba, Jr., of the law firm of Akin Gump Strauss Hauer & Feld, LLP, 2006 Market Street, Suite 2200, Philadelphia, PA 19103-7013, telephone: 215-965-1200; fax: 215-965-1210, be allowed to practice before this Court in the above-captioned matter, and;

*IT IS FURTHER ORDERED* that Patrick Madamba, Jr., be, and he is hereby permitted to substitute his appearance for that of James F. McCarthy, III, who is permitted to withdraw.

Dated: 14th January 2003.

WILLIAM C. BEAMAN, United
States Magistrate Judge