Andrea L. Richard
Lori L. Brand
Rothgerber Johnson & Lyons LLP
2424 Pioneer Avenue, Suite 210
P.O. Box 808
Cheyenne, Wyoming 82003-0808
307/638-6262

DISTRICT OF WYOMING
CHEYENNE

2003 JAN 24  PM 1: 53

CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| VISION GAMING & TECHNOLOGY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil No. 02-CV-166D |
| ) | |
| PACE-O-MATIC, INC., MICHAEL R. ) | |
| PACE, and CHRISTOPHER CUMMINGS, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| v ) | |
| ) | |
| ANDRE M. HILLIOU, ) | |
| ) | |
| Third Party Defendant. ) | |
| ) | |

## ACCEPTANCE OF SERVICE

TO:    ANDREA L. RICHARD
       LORI L. BRAND
       Rothgerber Johnson & Lyons LLP
       Attorneys for Third Party Plaintiffs
       2424 Pioneer Avenue, Suite 210
       P.O. Box 808
       Cheyenne, WY 82003

I acknowledge receipt of your request that I waive service of a Summons in the above-captioned action which is Civil Action No. 02-CV-166D in the the United States District Court for the District of Wyoming. I have also received a copy of the Third Party Complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you

38

without cost to me.

I agree to save the cost of service of a summons and an additional copy of the Third Party Complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12, W.R.C.P. is not served upon you within sixty (60) days after the 14th day of January, 2003, (date request was sent), or within ninety (90) days after that date if the request was sent outside the United States.

_____1/23/03_____                    _____
Date                                 Gary R. Scott
                                     Counsel to Third Party Defendant Andre M. Hilliou

STATE OF WYOMING        )
                        ) ss.
COUNTY OF LARAMIE       )

Subscribed and sworn to before me this 23rd day of ~~December~~ January, 2003, by Gary R. Scott.

Witness my hand and official seal.

My commission expires: _June 23, 2003_

[SEAL]
DEBORA L. WEBBER - NOTARY PUBLIC
COUNTY OF LARAMIE          STATE OF WYOMING
MY COMMISSION EXPIRES JUN. 23, 2003

_____
Notary Public