**GARY R. SCOTT**
Hirst & Applegate, P.C.
1720 Carey Avenue, Suite 200
P.O. Box 1083
Cheyenne, WY 82003-1083
T:     (307) 632-0541
FAX:   (307) 632-4999

**PATRICK MADAMBA, JR.**
Akin Gump Strauss Hauer & Feld, LLP
2006 Market Street, Suite 2200
Philadelphia, PA  19103-7013
T:     (215) 965-1258
FAX:   (215) 965-1210

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| VISION GAMING & TECHNOLOGY, INC., | } |
| | } |
| Plaintiff, | } |
| | } |
| vs. | } Civil No. 02-CV-166J |
| | } |
| PACE-O-MATIC, INC., MICHAEL R. PACE, and CHRISTOPHER CUMMINGS, | } |
| | } |
| Defendants. | } |
| | } |
| vs. | } |
| | } |
| ANDRE N. HILLIOU, | } |
| | } |
| Third-Party Defendant. | } |

## *JOINT MOTION FOR EXTENSION OF DEADLINES*

Plaintiff and Third-Party Defendant, by and through

their attorneys Hirst & Applegate; and Defendants, by and

**HIRST & APPLEGATE**
A Professional Corporation
*Law Offices*
1720 Carey Avenue, Suite 200
P.O. Box 1083
Cheyenne, Wyoming 82003-1083

through their attorneys Rothgerber, Johnson & Lyons, hereby move this Court for an Order extending the deadlines established by the Court in its Order on Initial Pretrial Conference of 19 November 2002, as follows:

| | |
|---|---|
| 21 March 2003 (was 21 February 2003) | Plaintiff and Third-Party Defendant Designate Expert Witnesses |
| 21 April 2003 (was 24 March 2003) | Defendants Designate Expert Witnesses |
| 22 April 2003 (was 7 April 2003) | Discovery Cutoff |
| 22 April 2003 (was 7 April 2003) | Dispositive motions are to be served. |
| 29 April 2003 (was 14 April 2003) | Parties stipulate to facts. |
| 6 May 2003 (was 21 April 2003) | Parties respond to any filed dispositive motions. |
| 9 June 2003 (was 27 May 2003) | Complete depositions of expert witnesses. |

The parties further move this Court for an Order permitting Defendants until and including 7 March to respond to Plaintiff's First Request for Production of Documents and First Set of Interrogatories.

DATED: 3RD February January 2003.

- 2 -

**HIRST & APPLEGATE**
A Professional Corporation
*Law Offices*
1720 Carey Avenue, Suite 200
P. O. Box 1083
Cheyenne, Wyoming 82003-1083

VISION GAMING & TECHNOLOGY,
INC., Plaintiff and Third-Party
Defendant

BY: _____
    GARY R. SCOTT, #5-1939
    OF HIRST & APPLEGATE, P.C.
    1720 Carey Avenue, Suite 200
    P.O. Box 1083
    Cheyenne, WY 82003-1083
    (307) 632-0541

ROTHGERBER, JOHNSON & LYONS,
LLP., Defendants

BY: _____
    ANDREA L. RICHARD
    Rothgerber, Johnson &
    Lyons, LLP
    P.O. Box 808
    Cheyenne, WY  82003-0808
    (307) 638-6262

- 3 -

**HIRST & APPLEGATE**
A Professional Corporation
*Law Offices*
1720 Carey Avenue, Suite 200
P. O. Box 1083
Cheyenne, Wyoming 82003-1083