UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| VISION GAMING & TECHNOLOGY, INC., | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| vs. | } | Civil No. 02-CV-166J |
| | } | |
| PACE-O-MATIC, INC., MICHAEL R. PACE, and CHRISTOPHER CUMMINGS, | } } | |
| | } | |
| Defendants. | } | |
| | } | |
| vs. | } | |
| | } | |
| ANDRE N. HILLIOU, | } | |
| | } | |
| Third-Party Defendant. | } | |

## ORDER EXTENDING DEADLINES

Upon the joint motion of the parties hereto, and good cause having been shown, **WHEREFORE;**

**IT IS HEREBY ORDERED THAT** the deadlines established by the Court in its Order on Initial Pretrial Conference of 19 November 2002 be extended as follows:

Plaintiff and Third-Party Defendant shall have until and including 21 March 2003 within which to designate their expert witnesses;

Defendant shall have until and including 21 April 2003 within which to designate their expert witnesses;

The discovery cutoff date is 22 April 2003;

The parties shall serve all dispositive motions, with any affidavit in support thereof by 22 April 2003;

The parties shall provide the moving parties with responsive briefs and affidavits to any dispositive motions on or before 6 May 2003;

The parties shall exchange proposals for stipulations as to facts by 29 April 2003; and

The parties are to depose expert witnesses by 9 June 2003.

Defendants have until and including 7 March 2003 to respond to Plaintiff's First Request for Production of Documents and First Set of Interrogatories.

DATED: *February 5,* 2003.

UNITED STATES DISTRICT COURT
MAGISTRATE

- 2 -