Andrea L. Richard
Lori L. Brand
Rothgerber Johnson & Lyons LLP
2424 Pioneer Avenue, Suite 210
P.O. Box 808
Cheyenne, Wyoming 82003-0808
307/638-6262



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| VISION GAMING & TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil No. 02-CV-166J |
| | ) | |
| PACE-O-MATIC, INC., MICHAEL R. PACE, and CHRISTOPHER CUMMINGS, | ) ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| v | ) | |
| | ) | |
| ANDRE M. HILLIOU, | ) | |
| | ) | |
| Third Party Defendant. | ) | |

## STIPULATED MOTION FOR A SHORT EXTENSION OF CASE MANAGEMENT DEADLINES, OR IN THE ALTERNATIVE, REQUEST FOR A SCHEDULING CONFERENCE

The undersigned attorneys for the Plaintiff, Vision Gaming & Technology, Inc., and Defendants, Pace-O-Matic, Inc. and Michael R. Pace, and Third Party Defendant, Andre M. Hilliou, hereby respectfully move the Court to extend the case management deadlines by fifteen days, or in the alternative, to set the above-captioned matter for a Scheduling Conference at its earliest convenience. In support, the parties state as follows:

1.      On February 5, 2003, the Court entered an Order Extending Deadlines pursuant to a Stipulated Motion filed by the parties.

1

41

2.    Since that time, the parties have engaged in extensive in-person settlement negotiations in Atlanta, Georgia, which have resulted in viable settlement options.  The parties believe they have a good chance of reaching a mutual agreement to settle the case within the next few weeks.

3.    In order to devote resources to fully explore these settlement options, however, the parties request that the scheduling deadlines set by the Court in the February 5, 2002, Order be extended again by fifteen days.

4.    In the alternative, the parties request the Court to set a scheduling conference so that the parties and the Court can discuss the requested extension.

WHEREFORE, the Parties respectfully request that the deadlines set forth in the February 5, 2003, Order be extended by fifteen days, or in the alternative, that the Court set a scheduling conference at a date and time convenient to the parties and the Court.

RESPECTFULLY SUBMITTED this __24th__ day of February, 2003.

HIRST & APPLEGATE

Gary R. Scott
Post Office Box 1083
Cheyenne, WY  82003-1083

and

Patrick Madamba, Jr.
Akin Gump Strauss Hauer & Feld, LLP
2006 Market Street, Suite 2200
Philadelphia, PA 19103-7013

Attorneys for Plaintiff

ROTHGERBER JOHNSON & LYONS, LLP

2

Andrea L. Richard
One Pioneer Center
2424 Pioneer Avenue, Suite 210
Cheyenne, Wyoming 82001-3076
Telephone:    307-638-6262

and
Mark N. Poovey
John F. Morrow, Jr.
WOMBLE CARLYLE SANDRIDGE &
RICE, PLLC
One West Fourth Street
Winston-Salem, NC 27101
Telephone:    (336) 721-3584

Attorneys for Defendants

3