

DISTRICT OF WYOMING
CHEYENNE

2003 FEB 28  AM 9: 03

U.S. DISTRICT COURT
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| VISION GAMING & TECHNOLOGY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil No. 02-CV-0166-J |
| ) | |
| PACE-O-MATIC, INC., MICHAEL R. PACE, ) | |
| and CHRISTOPHER CUMMINGS, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| vs. ) | |
| ) | |
| ANDRE M. HILLIOU, ) | |
| ) | |
| Third Party Defendant. ) | |

## ORDER GRANTING STIPULATED MOTION
## FOR A SHORT EXTENSION OF CASE MANAGEMENT DEADLINES

The above-entitled matter having come before the Court upon the Stipulated Motion for a Short Extension of Case Management Deadlines, and the Court having carefully considered the motion, and being fully advised in the premises, it is

HEREBY ORDERED that the Stipulated Motion for a Short Extension of Case Management Deadlines be, and the same hereby is granted, and the following deadlines set forth in the Initial Pretrial Conference Order shall be extended as follows:

42

**Plaintiff's Expert Witness Designation — April 4, 2003**

**Defendants' Expert Witness Designation — May 5, 2003**

**Discovery Cutoff Date  — May 9, 2003**

**Stipulations as to Facts — May 16, 2003**

**Defendants shall have until March 21, 2003, to respond to Plaintiff's First Request for Production of Documents and First Set of Interrogatories.**

IT IS FINALLY ORDERED that all other deadlines and settings, including the final pretrial conference and trial set forth in the Initial Pretrial Conference Order filed on November 19, 2002, and this Court's Order Extending Deadlines, filed on February 5, 2003, shall remain in effect.

Dated this 27ᵗʰ day of February, 2003.

UNITED STATES MAGISTRATE JUDGE