# United States District Court

## DISTRICT OF WYOMING

|  |  |
|---|---|
| VISION GAMING & TECHNOLOGY INC | ) |
| Plaintiff , | ) |
| v. | ) Civil No. 02cv 0166-J |
| PACE-O-MATIC INC et al | ) |
| Defendants. | ) |

### NOTICE OF IMPENDING DISMISSAL

It appearing that it has been reported to the Court on or about April 28, 2003, that the above action has been settled;

Pursuant to Local Rule 41.1(a) of the United States District Court for the District of Wyoming, this action shall be set for trial unless settlement pleadings are tendered to the Court or good cause is shown for failure to submit the pleadings necessary to terminate the action.

Dated this _2 hd_ day of ~~May~~ June, 2003.

_Betty A. Griess_
BETTY A. GRIESS, Clerk
United States District Court for Wyoming

cc    Gary R Scott
      Patrick Madamba jr
      Andrea L Richard/Lori Lynn Brand
      Mark Poovey/John Morrow

