ORIGINAL

U.S. DISTRICT COURT

**GARY R. SCOTT**
Hirst & Applegate, P.C.
1720 Carey Avenue, Suite 200
P.O. Box 1083
Cheyenne, WY 82003-1083
T:    (307) 632-0541
FAX:  (307) 632-4999

**PATRICK MADAMBA, JR.**
Akin Gump Strauss Hauer & Feld, LLP
2006 Market Street, Suite 2200
Philadelphia, PA  19103-7013
T:    (215) 965-1258
FAX:  (215) 965-1210

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| VISION GAMING & TECHNOLOGY, INC., } | |
| } | |
| Plaintiff, } | |
| } | |
| vs. } | Civil No. 02-CV-166J |
| } | |
| PACE-O-MATIC, INC., MICHAEL R. } | |
| PACE, and CHRISTOPHER CUMMINGS, } | |
| } | |
| Defendants. } | |
| } | |
| vs. } | |
| } | |
| ANDRE N. HILLIOU, } | |
| } | |
| Third-Party Defendant.} | |

## *STIPULATION FOR DISMISSAL WITH PREJUDICE*

It is hereby stipulated and agreed to by and among counsel for Plaintiff and Counterclaim Defendant Vision Gaming &

**HIRST & APPLEGATE**
A Professional Corporation
*Law Offices*
1720 Carey Avenue, Suite 200
P. O. Box 1083
Cheyenne, Wyoming 82003-1083

Technology, Inc. (Vision) and Third-Party Defendant Andre M. Hilliou (Hilliou) (Vision and Hilliou are collectively referred to herein after as the "Vision Parties") on one hand, and counsel for Defendant, Counterclaim Plaintiffs, and Third-Party Plaintiffs Pace-O-Matic, Inc. (POM), Michael R. Pace (Pace) and Christopher Cummings (Cummings), (POM, Pace, and Cummings are collectively referred to herein as the "POM Parties"), on the other hand, as follows:

1.     Vision hereby stipulates and agrees to dismiss with prejudice its Complaint filed in this action against the POM Parties, and

2.     The POM Parties hereby stipulate and agree to dismiss with prejudice their Counterclaims and Third-Party Complaint filed in this action against the Vision Parties.

*DATED*:   *5*   June 2003.

**ATTORNEYS FOR VISION PARTIES**

BY: _____
GARY R. SCOTT, #5-1939
OF HIRST & APPLEGATE, P.C.
1720 Carey Avenue, Suite 200
P.O. Box 1083
Cheyenne, WY 82003-1083
(307) 632-0541

**ATTORNEYS FOR POM PARTIES:**

BY: _____
ANDREA L. RICHARD
Rothgerber, Johnson &
Lyons, LLP
P.O. Box 808
Cheyenne, WY  82003-0808
(307) 638-6262

**HIRST & APPLEGATE**
A Professional Corporation
*Law Offices*
1720 Carey Avenue, Suite 200
P. O. Box 1083
Cheyenne, Wyoming 82003-1083

- 2 -