U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| VISION GAMING & TECHNOLOGY, INC., } | |
| } | |
| Plaintiff, } | |
| } | |
| vs. } | Civil No. 02-CV-166J |
| } | |
| PACE-O-MATIC, INC., MICHAEL R. } | |
| PACE, and CHRISTOPHER CUMMINGS, } | |
| } | |
| Defendants. } | |

## *ORDER DISMISSING CASE WITH PREJUDICE*

It having been stipulated by the parties hereto, by and through their respective attorneys, **WHEREFORE;**

**IT IS HEREBY ORDERED THAT** the above-captioned case, in its entirety be, and the same hereby is, dismissed with prejudice, each party to pay their own costs.

**DATED:** June 10, 2003.

*for* ALAN B. JOHNSON
DISTRICT JUDGE

ENTERED
ON THE DOCKET
June 10, 2003
(Date)
Betty A. Griess, Clerk
by _____ Deputy Clerk

